IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL L. McGEE,

           Plaintiff,                                        ORDER

    v.                                                         09-cv-466-bbc

STEVEN SHAW, PROPERTY STAFF and
JOHN DOE,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Michael McGee, a patient at the Sand Ridge Secure Treatment Center in Mauston, Wisconsin, filed this case originally in the Circuit Court for Dane County, Wisconsin. On July 27, 2009, defendant Steven Shaw removed the action to this court pursuant to 28 U.S.C. § 1446 and paid the $350 filing fee. In his complaint, plaintiff alleges violation of his First and Fourteenth Amendment rights.

      Because he is a patient, plaintiff is not subject to the 1996 Prison Litigation Reform Act. Therefore, plaintiff's complaint does not require screening under 28 U.S.C. § 1915A. It appears from the notice of removal that defendant Shaw was served with plaintiff's complaint on June 26, 2009. As soon as defendant files a responsive pleading to the

1

complaint, the court will schedule a preliminary pretrial conference to be held by telephone before United States Magistrate Judge Stephen Crocker.  In the meantime, if plaintiff needs to communicate with the court about this case, he should be sure to write the case number shown above on his communication.

Entered this 30th day of July, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge