IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL L. McGEE,

    Plaintiff,

v.

STEVEN SHAW, CASEY NORTHCOTT
and BARBARA LEWIS,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-466-wmc

This action came for consideration before the court with DISTRICT JUDGE WILLIAM M. CONLEY presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_Peter Oppeneer_       _6/2/10_
Peter Oppeneer, Clerk of Court      Date